**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Shirron Gayles-Zanders,<br><br>     Petitioner<br>v.<br><br>William Reubart, *et al.*,<br><br>     Respondents | Case No.: 2:26-cv-00613-JAD-DJA<br><br>**Order Dismissing Action without Prejudice and Closing Case** |

Petitioner Shirron Gayles-Zanders, who is incarcerated at Nevada's Florence McClure Women's Correctional Center (FMWCC), has commenced this action by submitting for filing a document entitled "New Petition for Preliminary Injunction for Immediate Release from Custody."[1]  In that document, Gayles-Zanders moves for a preliminary injunction "for immediate release from illegal detainment/custody at FMWCC."[2]  Gayles-Zanders has not paid the filing fee for this action and has not filed an application to proceed *in forma pauperis*.

The Court's records show that Gayles-Zanders has a pending habeas corpus action in which she challenges her state-court conviction and custody at FMWCC: *Gayles-Zanders v. Reubart*, *et al*., Case No. 2:25-cv-02325-GMN-EJY.  In that case, the Court has appointed counsel to represent Gayles-Zanders and that, with counsel, Gayles-Zanders is scheduled to file an amended petition for writ of habeas corpus by March 23, 2026.[3]  This action is redundant to Case No. 2:25-cv-02325-GMN-EJY.  So I dismiss this action without prejudice and direct the

---

[1] ECF No. 1-1.

[2] *Id*. at 1; *see also id*. at 20.

[3] *See* ECF Nos. 3 and 8 in Case No. 2:25-cv-02325-GMN-EJY.

Clerk of Court to file a copy of the motion for preliminary injunction in 2:25-cv-02325-GMN-EJY.

IT IS THEREFORE ORDERED that **this action is DISMISSED without prejudice**. Petitioner is denied a certificate of appealability, as jurists of reason would not find the dismissal of this action to be debatable or wrong.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to:

- **ENTER FINAL JUDGMENT** dismissing this action without prejudice;

- **CLOSE THIS CASE**; and

- **FILE** a copy of the "New Petition for Preliminary Injunction for Immediate Release from Custody" (ECF No. 1-1) in Case No. 2:25-cv-02325-GMN-EJY.

_____
U.S. District Judge Jennifer A. Dorsey
March 5, 2026

2